# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **Digital Cache, LLC,** | Case No. 6:21-cv-00161-ADA |
| Plaintiff, | Patent Case |
| v. | Jury Trial Demanded |
| **Toshiba America Electronic Components, Inc.,** | |
| Defendant. | |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

The request to dismiss this matter with prejudice is hereby GRANTED.

Date: _____   _____

1